

SIGNED THIS 6th day of June, 2023

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **TOMMY DEWAYNE DOBSON,** | |
| **ANNE CHRISTINE DOBSON,** | **Case No. 23-60148** |
|     Debtors. | |
| | |
| **TERRY LYNN,** | |
|     Plaintiff, | |
| v. | **Adv. P. No. 23-06013** |
| **TOMMY DEWAYNE DOBSON,** | |
| **ANNE CHRISTINE DOBSON,** | |
|     Defendants. | |

## ORDER SETTING PRETRIAL AND DIRECTING RULE 26 DISCLOSURES

Parties are hereby noticed that a pretrial conference shall be scheduled in this adversary proceeding for **July 11, 2023, at 10:00 AM** *by telephone conference call*. **All parties are instructed to dial into the court conference number (888) 204-5984.  The access code is 7757486.**

Pursuant to Federal Rule of Bankruptcy Procedure 7026, Rule 26 of the Federal Rules of Civil Procedure applies in adversary proceedings.   Accordingly, it is hereby ORDERED that prior to such conference counsel for the parties, in accordance with the provisions of Rule 26(a) and (f), shall confer and make initial disclosures.

The Clerk is directed to send a copy of this Order to counsel for the parties.

**End of Order**