SIGNED THIS 26th day of October, 2023

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **In re:**<br>**TOMMY DEWAYNE DOBSON, and**<br>**ANNE CHRISTINE DOBSON,**<br>　　*Debtors.* | **Chapter 11**<br>**Case No. 23-60148** |
| **TERRY LYNN,**<br>　　*Plaintiff,*<br>　v.<br>**ANNE CHRISTINE DOBSON, and**<br>**TOMMY DEWAYNE DOBSON,**<br>　　*Defendants/Debtors.* | **Adv. P. No. 23-06013** |

## CONTINUANCE ORDER

On October 24, 2023, the Court held a pre-trial conference via telephone. Counsel for the plaintiff, Terry Lynn, and counsel for defendants, H. David Cox, appeared. At the pre-trial conference, counsel for the plaintiff advised the Court that she had received discovery responses from the defendants but still would need additional discovery. Counsel for the plaintiff and counsel for the defendants requested a continuance of the pre-trial conference to February 2024 to allow for additional discovery and the possibility of filing a motion for summary judgment. For this reason, the Court determined it appropriate to continue the pre-trial conference.

Accordingly, it is **ORDERED** that:

**O R D E R E D**

that the pre-trial conference is continued to **February 22, 2024, at 1:00 P.M. at U.S. Courthouse, Second Floor Courtroom 200, 255 W Main St, Charlottesville, VA 22902.** It is further

**O R D E R E D**

that the parties are directed to comply with the Discovery Plan filed with the Court at ECF Doc. No. 7 in this adversary proceeding until further order of the Court. It is further

**O R D E R E D**

that any motion for summary judgment, along with the applicable exhibits, must be filed no later than **4:00 P.M. on January 29, 2024.** It is further

**O R D E R E D**

that any response to the motion for summary judgment, along with applicable exhibits, must be filed within **14 days** of the motion for summary judgment or no later than **4:00 P.M. on February 12, 2024.** It is further

**O R D E R E D**

that any reply to the response must be filed within **7 days** of the response or no later than **4:00 P.M. on February 19, 2024.** It is further

**O R D E R E D**

that the hearing for a motion for summary judgment, if filed, is set for **February 22, 2024, at 1:00 P.M. at U.S. Courthouse, Second Floor Courtroom 200, 255 W Main St, Charlottesville, VA 22902.** At that time, the Court will consider the oral arguments on the motion for summary judgment.

The Clerk is directed to provide copies of this Order to counsel for parties in this adversary proceeding.

**End of Order**