

**SIGNED THIS 30th day of January, 2024**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| TOMMY DEWAYNE DOBSON<br>ANNE CHRISTINE DOBSON, | Chapter 11<br>Case No. 23-60148 |
|        Debtors. | |

-----------------------------------------------------------/

TERRY LYNN,

    Plaintiff,

v.                                                                      Adversary Proceeding
                                                                        Case No. 23-06013
TOMMY DEWAYNE DOBSON                                                    Chapter 11
ANNE CHRISTINE DOBSON,

    Defendants.

-----------------------------------------------------------/

### ORDER SUSPENDING CERTAIN DEADLINES IN PRE-TRIAL
### SCHEDULING ORDER ENTERED OCTOBER 27, 2023

NOW COME the Defendants, Tommy Dewayne Dobson and Anne Christine Dobson

(hereinafter "Dobsons") and the Plaintiff, Terry Lynn (hereinafter "Ms. Lynn") (individually each is a

"Party" and collectively, they are the "Parties"), by and through their respective undersigned counsel,

and hereby submit this proposed order suspending, until further order of the Court, certain pre-trial deadlines, and respectfully state as follows in support thereof:

WHEREAS, on February 7, 2023, the Dobsons filed a voluntary petition under chapter 11, subchapter V, of the Bankruptcy Code in this United States Bankruptcy Court for the Western District of Virginia;

WHEREAS, on May 4, 2023, Ms. Lynn filed her Complaint to Determine Dischargeability of Debt;

WHEREAS, on October 27, 2023, this Court entered a Continuance Order that, among other matters, directed to the Parties, "that any motion for summary judgment, along with the applicable exhibits, must be filed no later than 4:00 P.M. on January 29, 2024," and set further response deadlines for the same thereafter (collectively, the "Summary Judgment Deadlines");

WHEREAS, the Dobsons and Ms. Lynn have conferred and engaged in fruitful settlement discussions and seek time to continue the same; and

WHEREAS, the Parties respectfully seek to suspend the Summary Judgment Deadlines in the interests of judicial economy and saving resources of the Parties generally and the estate.

NOW, for the reasons set forth herein, the Court **ORDERS** as follows:

1. The Summary Judgment Deadlines in the Court's October 27, 2023, Continuance Order are suspended until further order of the Court.

2. All other terms of the Court's October 27, 2023, Continuance Order that are not altered by this Order remain in full force and effect.

***END OF ORDER***

WE ASK FOR THIS:

/s/ David Cox
David Cox (VSB No. 38670)
COX LAW GROUP, PLLC
900 Lakeside Drive
Lynchburg, VA 24501
Telephone: 434-845-2600
Facsimile: 434-845-0727
Email: david@coxlawgroup.com
*Counsel for the Defendants, Tommy Dewayne Dobson and Anne Christine Dobson*

/s/ Terry Lynn
Terry Lynn, Esq. (VSB # 39926)
Law Offices of Terry Lynn PLLC
695 Bent Oaks Drive
P.O. Box 374
Earlysville, Virginia 22936
Phone: (434) 964-9152
Fax: (434) 964-9275
terry@terrylynnlaw.com
*Counsel for Terry Lynn*